1
2
3
4
5
6
7
8             UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
10

11  DEVELOPERS SURETY AND           )
    INDEMNITY COMPANY, an Iowa      )
12  Corporation,                    )     No. C10-0616 BZ
                                    )
13           Plaintiff(s),          )     **ORDER SCHEDULING HEARING ON**
                                    )     **PLAINTIFF'S MOTION FOR**
14       v.                         )     **DEFAULT JUDGMENT**
                                    )
15  A-1 SEPTIC CONSTRUCTION,        )
    INC., a California              )
16  Corporation; ROBERT PIDDOCK,    )
    an individual; CAROLE           )
17  PIDDOCK, an individual,         )
                                    )
18           Defendant(s).          )
                                    )
19  _____  )

20  TO ALL PARTIES AND COUNSEL OF RECORD:

21      **IT IS HEREBY ORDERED** that pursuant to the Court's

22  discretion under Rule 55(b)(2) of the Federal Civil Rules of

23  Civil Procedure, a hearing on plaintiff's motion for default

24  judgment is set for **Wednesday, June 16, 2010, at 10:00 a.m.** in

25  Courtroom G, 15th Floor, Federal Building, San Francisco,

26  California, 94102.

27      Compliance with 50 App. U.S.C. § 501 et seq. of the

28  Servicemembers' Civil Relief Act may not be satisfied on

                              1

|   |   |
|---|---|
| 1 | information and belief.  See 50 App. U.S.C. § 521(b)(1); |
| 2 | United States v. Simmons, 508 F.Supp. 552 (E.D. Tenn. |
| 3 | 1980)(interpreting 50 App. U.S.C. § 520(1), predecessor to 50 |
| 4 | App. U.S.C. § 521(b)(1)).  The public website |
| 5 | https://www.dmdc.osd.mil/scra/owa/home will provide the |
| 6 | current active military status of an individual and has |
| 7 | instructions on obtaining certificates of service or non- |
| 8 | service under the Servicemembers' Civil Relief Act.  Plaintiff |
| 9 | also bears the burden of providing admissible evidence that |
| 10 | individual defendants are not infants or incompetent persons. |
| 11 | See Rule 55(b)(2). |
| 12 | Plaintiff should be prepared to prove its damages by |
| 13 | competent testimony or other admissible evidence.  If |
| 14 | plaintiff intends to prove damages by affidavits or |
| 15 | declarations, the affiant or declarant should have personal |
| 16 | knowledge of all matters to which she testifies.  For all |
| 17 | evidence, proper foundations must be established.  For an |
| 18 | explanation of the evidentiary requirements for proving |
| 19 | damages in a default case, the parties are encouraged to |
| 20 | consult Chapter Six of Civil Procedure Before Trial by William |
| 21 | W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe. |
| 22 | Defendants should attend the hearing if they contest the |
| 23 | validity or amount of plaintiff's claim.  Seven days before |
| 24 | the hearing, on **Wednesday, June 9, 2010**, plaintiff shall file |
| 25 | a declaration setting forth in detail all steps taken to serve |
| 26 | defendants with notice of this hearing.  If plaintiff is in |
| 27 | contact with defendants, it would expedite the handling of |
| 28 | this matter if it could obtain defendants' consent to |

2

magistrate judge jurisdiction prior to the date of the hearing.

Dated: 7 May 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\DEVELOPERS SURETY V. A-1 SEPTIC\SCHED ORD.wpd