UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY, an Iowa Corporation,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>A-1 SEPTIC CONSTRUCTION, INC., a California Corporation; ROBERT PIDDOCK, an individual; CAROLE PIDDOCK, an individual,<br><br>　　　　Defendant(s). | No. C10-0616 BZ<br><br>**ORDER FOR REASSIGNMENT** |

　　　In view of the Report and Recommendation dated June 17, 2010, the clerk shall **REASSIGN** the above-captioned case immediately.

Dated: June 17, 2010

　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\DEVELOPERS SURETY V. A-1 SEPTIC\REASSIGNMENT ORDER.wpd

1