UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY,<br>　　　　　　　Plaintiff(s),<br>　　v.<br>A-1 SEPTIC CONSTRUCTION INC, et al.,<br>　　　　　　　Defendants.<br>_____/ | No. C 10-0616 JSW (MEJ)<br><br>**NOTICE OF REFERENCE** |

　　　The above-captioned case was referred to Magistrate Judge Maria-Elena James to prepare a report and recommendation on Plaintiff's motion for attorney's fees and costs. Accordingly, the Court shall conduct a hearing on October 7, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco. Pursuant to Civil Local Rule 7, Defendants shall file any opposition to Plaintiff's motion by September 16, and Plaintiff shall file any reply by September 23.

　　　In addition to filing papers electronically, the parties shall lodge with chambers a printed copy of the papers by noon of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy." **ALL CHAMBERS COPIES OF ELECTRONICALLY FILED DOCUMENTS MUST INCLUDE ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM. ELECTRONICALLY FILED DOCUMENTS MUST BE CITED IN ALL OTHER DOCUMENTS AS FOLLOWS: DKT#__ AT __.**

　　　Plaintiff shall serve this order upon all other parties in this action. Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

　　　**IT IS SO ORDERED.**

Dated: August 23, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge